**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| INTERNATIONAL FIDELITY INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 04-CV-755-JHP-FHM |
| INTERNATIONAL BANK OF COMMERCE, as successor by merger with LOCAL AMERICA BANK, | )<br>)<br>)<br>)<br>) |
| Defendant and Third-Party Plaintiff, | )<br>)<br>) |
| v. | )<br>)<br>) |
| M CREDIT, INC., f/k/a TRANSAMERICA BUSINESS CREDIT CORP., | )<br>)<br>)<br>) |
| Third-Party Defendant. | )<br>) |

### ORDER AFFIRMING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On April 17, 2006, the United States Magistrate Judge entered an Order recommending that Defendant and Third-Party Plaintiff's Motion to Enter Default Judgment Against Transamerica Business Credit Corporation be granted in part, and Default Judgment be entered by the Court. No objections to the Magistrate Judge's Order have been filed within the time prescribed by law. 28

U.S.C. §636(b)(1); Fed. R. Civ. P. 72(a).

This Court finds that the Order of the Magistrate Judge is supported by the record. Therefore, upon full consideration of the entire record and the issues presented herein, this Court finds and orders that the Order entered by the United States Magistrate Judge on April 17, 2006, be **AFFIRMED** and **ADOPTED** by this Court as its Findings and Order.

IT IS SO ORDERED this 25th day of May 2006.

_____
James H. Payne
United States District Judge
Northern District of Oklahoma